**WILLIAM LARKINS** *versus* **CORNEALIAUS SCANLON.**

PAPERS IN FILE (1829): (1) Affidavit and petition for certiorari and supersedeas, allocatur; (2) writ of certiorari and return.
*1824–36 Calendar*, MS p. 188.

**GIDEON J. LEET** *versus* **NOBLE H. MERWIN (JOSEPH B. LEET, ADMINISTRATOR, ETC., of GIDEON J. LEET, APPELLEE).**

PAPERS IN FILE (1829): (1) Precipe to enter appeal; (2) transcript of county court record.
*1824–36 Calendar*, MS p. 208.

**JOHN ANDERSON, ANTOINE NADEAU, AND ANTOINE CAMPAU** *versus* **MEDARD COUTURE, WOLCOTT LAWRENCE, EUROTAS P. HASTINGS, AND CHARLES C. TROWBRIDGE.**

PAPERS IN FILE (1830–31): (1) Bill of complaint, precept and precipe for injunction; (2) bond for injunction; (3) writ of injunction and return; (4–5) writs of subpoena and returns; (6) stipulation for discontinuance; (7) stipulation to dissolve injunction and dismiss bill.
*Chancery Case* 128 of 1830.

**ELISHA HALL** *versus* **HARRY SMITH.**

PAPERS IN FILE (1831): (1) Affidavit and petition for certiorari and supersedeas, allocatur.
*1824–36 Calendar*, MS p. 215 [a].

**UNITED STATES** *versus* **NINE BLANKETS AND THIRTY-FIVE PIECES OF CLOTH** CLAIMED

BY **NATHAN PROUTY.**

PAPERS IN FILE (1831): (1) Stipulation for entry of certificate of reasonable cause for seizure.

**HENRY DISBROW** *versus* **ELISHA WARREN.**

PAPERS IN FILE (1833): (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return.
*Chancery Case* 157 of 1833.

**STEPHEN SHRIEVES** *versus* **HUMPHREY ADAMS, SILAS SCOTT, AND SAMUEL RHODES.**

PAPERS IN FILE (1833): (1) Bill of complaint; (2) writ of subpoena and return.
*Chancery Case* 170 of 1833.

**EUROTAS P. HASTINGS** *versus* **MANOAH HUBBARD.**

PAPERS IN FILE (1834): (1) Bill of complaint, precept for injunction; (2) writ of subpoena.
*Chancery Case* 171 of 1834.

**THOMAS EMERSON** *versus* **DAVID C. McKINSTRY AND NANCY, HIS WIFE, AND DeGARMO JONES.**

PAPERS IN FILE (1834): (1) Bill of complaint; (2) writ of subpoena and return; (3) demurrer to bill.
*Chancery Case* 177 of 1834.